UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-cv-20823-MARTINEZ

JANE DOE,

    Plaintiff,

v.

REALPAGE, INC. A/K/A LEASING DESK SCREENING,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

**THIS CAUSE** came before the Court on Plaintiff's Motion for Leave to File Under Seal ("Motion to Seal"), (ECF No. 4). Plaintiff moves for leave to file under seal (i) Plaintiff's Certificate of Interested Persons and (ii) evidence in support of Plaintiff's forthcoming motion for leave to proceed under a pseudonym pursuant to Local Rule 5.4 After careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion to Seal, (ECF No. 4), is **GRANTED**. Plaintiff may file under seal her Certificate of Interested Persons and evidence in support of her forthcoming motion for leave to proceed under a pseudonym.
2. The filed documents shall remain under seal until further Order of the Court or agreement of the parties.

**DONE AND ORDERED** in chambers at Miami, Florida, this 24 day of February 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record