UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20823-CIV-MARTINEZ

JANE DOE,

    Plaintiff,

v.

REALPAGE, INC. a/k/a LEASING DESK SCREENING,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on the Parties' Stipulation of Dismissal with Prejudice (the "Stipulation"), (ECF No. 16). This Court has reviewed the Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __9__ day of June, 2025.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record